**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

In re
HUBERT LEE WILSON                          Case No. 10-05205-WSS-13
PAULA JEAN WILSON

       Debtor(s).

## TRUSTEE'S RESPONSE TO OBJECTION TO CLAIM #13

     COMES NOW John C. McAleer III, the Standing Chapter 13 Trustee for the Southern District of Alabama, and hereby responds to the Debtors' objection to the claim of INSOLVE RECOVERY LLC assignee of GE CAPITAL RETAIL BANK and/or GE MONEY BANK/YAMAHA POWERSPORTS, ECF Claim 13 ($7,030.06).

1.  The Proof of Claim was timely filed.

2.  The Trustee issued disbursements to the creditor on the Proof of Claim as filed.

3.  The Objection to Claim was filed after disbursements were issued to the creditor, and it appears that the objection seeks to disallow the claim in its entirety.

     Based on the foregoing, the Trustee respectfully requests the Court to consider the disbursements already issued to the creditor in the Court's ruling in this matter, or for other orders as the Court deems appropriate.

     Date: September 15, 2014

                                 /s/John C. McAleer III
                                 John C. McAleer III
                                 Chapter 13 Trustee
                                 P.O. Box 1884
                                 Mobile, AL  36633
                                 (251) 438-4615

### CERTIFICATE OF SERVICE

     Movant certifies that a copy of the foregoing was served on the parties listed below by first class mail or notice of electronic filing on September 15, 2014.

                                 /s/John C. McAleer III
                                 John C. McAleer III
                                 Chapter 13 Trustee

Hubert Lee Wilson
Paula Jean Wilson
James E. Loris, Jr.

Case No. 10-05205-WSS-13

Insolve Recovery LLC
P.O. Box 88710
Milwaukee, WI 53288-0710

[Account 7136]